SLIP OPINION

Cite as 2016 Ark. 179

# SUPREME COURT OF ARKANSAS

No. D–16–174

| | |
|---|---|
| STARK LIGON, EXECUTIVE DIRECTOR OF THE SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT | **Opinion Delivered** April 21, 2016 |
| PETITIONER | MOTION FOR APPOINTMENT OF SPECIAL JUDGE |
| V. | |
| JEFFERY H. KEARNEY ARKANSAS BAR ID #91249 | |
| RESPONDENT | SPECIAL JUDGE APPOINTED. |

## PER CURIAM

Stark Ligon, Executive Director of the Arkansas Supreme Court Committee on Professional Conduct, has filed a complaint for disbarment against the respondent, Jeffery H. Kearney.

Pursuant to section 13(A) of the Procedures of the Arkansas Supreme Court Regulating Professional Conduct of Attorneys at Law, a special judge shall be appointed to preside over the disbarment proceedings in the case herein. After hearing all evidence relevant to the alleged misconduct, the judge shall make findings of fact, conclusions of law, and recommendations of an appropriate sanction, and shall file them, along with a transcript and the record of the proceedings, with the clerk of the supreme court.

We hereby appoint the Honorable Vicki Cook as special judge to hear this matter and provide the court with findings of fact, conclusions of law, and recommendations of an appropriate sanction. Upon receipt of the special judge's findings, we will render a decision in this matter.

It is so ordered.